## Case No. 5,670.

### GRAHAM v. KONKAPOT.

[1 Cranch, C. C. 313.] [1]

Circuit Court, District of Columbia. June Term, 1806.

AFFIDAVIT TO HOLD TO BAIL—FORM.

An affidavit in the form of that required by the act of Maryland of 1729 is sufficient to hold the defendant to bail.

[Cited in Smith v. Watson, Case No. 13,-124.]

Mr. Jones, for defendant, moved to reconsider the order for ruling him to bail. The words of the affidavit are the same as those required by the act of 1729, and therefore within the rule of the court. THE COURT were also moved to reconsider the case of Smith v. Watson [Case No. 13,124], which they did, and unanimously affirmed the former decision.